**Dismissed and Memorandum Opinion filed July 20, 2017.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00831-CV

### CHRISTOPHER COLUMBUS, Appellant

### V.

### FRONTIER CONTRACT SERVICES, LLC, Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-18387**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed September 23, 2016 granting a partial summary judgment. The order expressly reserved the movant's right to prove attorney's fees in a future motion or at trial. Appellant filed a notice of appeal October 17, 2016.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until

final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). Because the September 23, 2016 order does not dispose of all pending claims, it is interlocutory. *See McNally v. Guevara*, 52 S.W.3d 195, 196 (Tex. 2001) (summary judgment that does not dispose of attorney fees is not a final, appealable order).

On June 15, 2017, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating meritorious grounds for continuing the appeal on or before June 30, 2017. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Donovan, and Jewell.